**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE LUIS FLORES OBREGON, | Case No. 5:26-cv-01921-SPG-PD |
| Petitioner, | **ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| MARKWAYNE MULLIN, et al., | |
| Respondents. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge ("the Report"). No objections to the Report have been filed.

The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions. Accordingly, the procedural due process claim (Claim Two) of the Petition is granted, and the remaining claims are dismissed without prejudice. The Court orders the following:

(1) Respondents shall release Petitioner forthwith from detention; and

(2) Respondents are enjoined and restrained from re-detaining Petitioner unless they demonstrate during a pre-deprivation bond hearing

before a neutral decisionmaker that there has been a material change in circumstances justifying Petitioner's re-detention.

DATED:  May 5, 2026

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

2