JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS FLORES OBREGON, | Case No. 5:26-cv-01921-SPG-PD |
| Petitioner, | **JUDGMENT** |
| v. | |
| MARKWAYNE MULLIN, et al., | |
| Respondents. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is granted in part. Claim Two is granted and the remaining claims are dismissed without prejudice.

DATED: May 5, 2026

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE